IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES M. BIBBS                                                              PLAINTIFF

v.                                    NO. 4:17CV00046 JLH

ALL WEATHER INSULATION PANELS                                        DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed with prejudice.

IT IS SO ORDERED this 30th day of April, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE